UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x

THADDEUS HARDY,                              :
                                             :
                 Plaintiff,                  :
                                             :
vs.                                          :
                                             :
KMHSHELL LLC and 8 ELEVEN FUEL,              :
INC.                                         :
                                             :
                 Defendants.                 :
--------------------------------------------------------x

CASE NO.: 2:25-cv-01770

Judge: Hon. Greg G. Guidry

Magistrate: Hon. Donna Phillips Currault

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii),

by and between the undersigned attorneys of record, that the above-captioned proceeding be, and

hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to

any party against any other.

Respectfully Submitted, this 5th day of February, 2026.

By:/s/ Eva M. Kalikoff
**EVA M. KALIKOFF**

**BIZER & DEREUS, LLC**
Andrew D. Bizer, Bar No. 30396
Garret S. DeReus, Bar No. 35105
Eva M. Kalikoff, Bar No. 39932
3319 St. Claude Avenue
New Orleans, Louisiana 70112
Telephone:    (504) 619-9999
Facsimile:    (504) 948-9996
Email:        andrew@bizerlaw.com
              gdereus@bizerlaw.com
              eva@bizerlaw.com
*Counsel for Plaintiff Thaddeus Hardy*

By:/s/ Salvatore G. Lovecchio
**SALVATORE G. LOVECCHIO**

SALVATORE G. LOVECCHIO (LA #22826)
SALG.LOVELAW@GMAIL.COM
943 PAUL MALLARD ROAD
LULING, LA 70070
P.O. BOX 423
BOUTTE, LA 70039
TELEPHONE: (985) 785-7788
*Counsel for Defendant KMHSHELL, LLC.*